1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  DANIEL L. THIEME, ESQ., WSBA Bar # 12855
   RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
6  LITTLER MENDELSON, P.C.
   One Union Square
7  600 University St., Suite 3200
   Seattle, WA 98101-3122
8  Telephone:    206.623.3300
   Fax No.      206.447.6965
9  ***Admitted Pro Hac Vice***

10 Attorneys for Defendants
   PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital
11 Advisors, LLC) and SANKATY ADVISORS, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. Case No. 2:11-cv-01580-JCM-RJJ<br><br>**ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY** |

**[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY**

Firmwide:109579110.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Because Plaintiff and Defendants Pipewrench II, G-2 Capital Advisors, LLC, and Sankaty Advisors, LLC are engaged in ongoing settlement negotiations, it is hereby ordered that all case deadlines will continued to be held in abeyance, including all discovery, and that the parties will submit a joint status report on or before March 30, 2012 regarding the status of settlement negotiations.

**IT IS SO ORDERED.**

Dated this 7TH day of MARCH, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY

2.

Firmwide:109579110.1 062858.1007

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800