ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:          702.862.8811

DANIEL L. THIEME, ESQ., WSBA Bar # 12855
RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
LITTLER MENDELSON, P.C.
One Union Square
600 University St., Suite 3200
Seattle, WA 98101-3122
Telephone:     206.623.3300
Fax No.        206.447.6965
***Admitted Pro Hac Vice***

Attorneys for Defendants

PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital Advisors, LLC) and SANKATY ADVISORS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.   2:11-cv-01580-JCM-RJJ<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**
Firmwide:110128857.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Pursuant to this Court's Order dated March 7, 2012 (Doc No. 25), Defendants PIPEWRENCH II, G-2 PARTNERS, LLC (f/k/a G2 Capital Advisors, LLC) and SANKATY ADVISORS, LLC (collectively "Defendants") and Plaintiff EVE BORTON hereby provide the following Joint Status Report:

**1.   Set forth the status of the action, including a list of any pending motions and/or other matters which require the attention of this Court.**

Plaintiff filed her Complaint on September 29, 2011. Defendants Pipewrench II and Sankaty Advisors answered the Complaint on October 20, 2011. Defendant G-2 Partners, LLC answered the Complaint on November 9, 2011. Thereafter, Defendants collectively submitted an Amended Answer on November 10, 2011.

Following the filing of the aforementioned pleadings, the parties proceeded to engage in settlement discussions. On or about January 23, 2012, the parties filed a Stipulation and [PROPOSED] Order to Hold Case Deadlines in Abeyance and Stay Discovery ("Stipulation"). The Stipulation states that the claims against Defendants Interstate Acquisitions, LLC and Interstate Plumbing & Air Conditioning, LLC (the "Interstate Defendants) are currently stayed by the automatic bankruptcy stay by virtue of the Interstate Defendants having filed voluntary Chapter 7 bankruptcy petitions in September 2011. The Stipulation further states that the parties are engaged in settlement negotiations, and requests that the Court hold all deadlines in abeyance.

The Court issued an Order on March 7, 2012, granting the parties request to hold all deadlines in abeyance and ordering that the parties submit a joint status report on or before March 30, 2012 regarding settlement status.

The parties are still engaged in ongoing settlement negotiations and thus, request that this Court continue to hold all deadlines in abeyance. The parties will submit another joint status report to the Court on or before April 30, 2012, regarding the status of settlement negotiations.

**JOINT STATUS REPORT**   2.
Firmwide:110128857.1 062858.1007

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.      **Include a statement by counsel of action required to be taken by this court.**

The parties request that the court enter the attached proposed Order, to continue to hold all deadlines in abeyance and order that the parties submit another joint status report on or before April 30, 2012 regarding the status of settlement negotiations.

3.      **Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.**

**Exhibit A:**    [PROPOSED] Order to Continue to Hold Case Deadlines in Abeyance and Stay Discovery.

March 30, 2012                                                         March 30, 2012

*s/Stephen C. Grebing*                                            *s/Daniel L. Thieme*
STEPHEN C. GREBING, ESQ.                              DANIEL L. THIEME, ESQ.
WINGERT GREBING BRUBAKER &         *Pro Hac Vice*
GOODWIN LLP                                                       LITTLER MENDELSON, P.C.

JAY KENYON, ESQ.                                              ROGER L GRANDGENETT II, ESQ.
                                                                                RACHELLE L. WILLS, ESQ.
Attorneys for Plaintiff                                             *Pro Hac Vice*
EVE BORTON

Attorneys for Defendants
PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital Advisors, LLC) and SANKATY ADVISORS, LLC

JOINT STATUS REPORT                                   3.
Firmwide:110128857.1 062858.1007

## CERTIFICATE OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169-5937. On March 30, 2012, I served the within document(s):

### JOINT STATUS REPORT

[x] By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Jay A. Kenyon, NV #6376<br>Yan Kenyon<br>7881 West Charleston<br>Suite 165<br>Las Vegas, NV 89117<br>Phone:    702.888.0000<br>Fax:        702.888.0011<br><br>**Attorneys for Plaintiff** | Stephen C. Grebing<br>sgrebing@wingertlaw.com<br>James A. Mangione, *Pro Hac Vice*<br>jmangione@wingertlaw.com<br>Wingert Grebing Brubaker & Juskie LLP<br>600 West Broadway, 7th Floor<br>San Diego, CA 92101<br>Phone:    619.232.8151<br>Fax:        619.232.4665<br><br>**Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 30, 3012, at Las Vegas, Nevada.

_____
Kimberly A. Gregos

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

JOINT STATUS REPORT                                   4.
Firmwide:110128857.1 062858.1007

# EXHIBIT A

# EXHIBIT A

1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  DANIEL L. THIEME, ESQ., WSBA Bar # 12855
   RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
6  LITTLER MENDELSON, P.C.
   One Union Square
7  600 University St., Suite 3200
   Seattle, WA 98101-3122
8  Telephone:    206.623.3300
   Fax No.       206.447.6965
9  **Admitted Pro Hac Vice**

10 Attorneys for Defendants
   PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital
11 Advisors, LLC) and SANKATY ADVISORS, LLC

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. Case No. 2:11-cv-01580-JCM-RJJ<br><br>**[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY** |

[PROPOSED] ORDER TO CONTINUE TO HOLD CASE
DEADLINES IN ABEYANCE AND STAY DISCOVERY
Firmwide:110128952.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Because Plaintiff and Defendants Pipewrench II, G-2 Capital Advisors, LLC, and Sankaty
2  Advisors, LLC are engaged in ongoing settlement negotiations, it is hereby ordered that all case
3  deadlines will continued to be held in abeyance, including all discovery, and that the parties will
4  submit a joint status report on or before April 30, 2012 regarding the status of settlement
5  negotiations.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

[PROPOSED] ORDER TO CONTINUE TO HOLD CASE    2.
DEADLINES IN ABEYANCE AND STAY DISCOVERY
Firmwide:110128952.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800