1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  DANIEL L. THIEME, ESQ., WSBA Bar # 12855
   RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
6  LITTLER MENDELSON, P.C.
   One Union Square
7  600 University St., Suite 3200
   Seattle, WA 98101-3122
8  Telephone:    206.623.3300
   Fax No.      206.447.6965
9  ***Admitted Pro Hac Vice***

10 Attorneys for Defendants
   PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital
11 Advisors, LLC) and SANKATY ADVISORS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. Case No. 2:11-cv-01580-JCM-RJJ<br><br>**ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY** |

[PROPOSED] ORDER                                1.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

Firmwide:114795362.1 062858.1007

1  Because Plaintiff and Defendants Pipewrench II, G-2 Capital Advisors, LLC, and Sankaty Advisors, LLC are engaged in ongoing settlement negotiations, it is hereby ordered that all case deadlines will continue to be held in abeyance, including all discovery, and that the parties will submit a joint status report on or before October 26, 2012 regarding the status of settlement negotiations.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2012.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**[PROPOSED] ORDER**                      2.

Firmwide:114795362.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101.3122. On September 28, 2012, I served the within document:

**[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY**

☒ By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| **Jay A. Kenyon, NV #6376**<br>**Yan Kenyon**<br>**7881 West Charleston**<br>**Suite 165**<br>**Las Vegas, NV 89117**<br>**Phone:** 702.888.0000<br>**Fax:** 702.888.0011<br><br>**Attorneys for Plaintiff** | **Stephen C. Grebing**<br>sgrebing@wingertlaw.com<br>**James A. Mangione,** *Pro Hac Vice*<br>jmangione@wingertlaw.com<br>**Wingert Grebing Brubaker & Juskie LLP**<br>**600 West Broadway, 7th Floor**<br>**San Diego, CA 92101**<br>**Phone:** 619.232.8151<br>**Fax:** 619.232.4665<br><br>**Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2012, at Seattle, Washington.

*s/Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
LITTLER MENDELSON, P.C.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

**[PROPOSED] ORDER**   3.

Firmwide:114795362.1 062858.1007