ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811

DANIEL L. THIEME, ESQ., WSBA Bar # 12855
RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
LITTLER MENDELSON, P.C.
One Union Square
600 University St., Suite 3200
Seattle, WA 98101-3122
Telephone:   206.623.3300
Fax No.      206.447.6965
***Admitted Pro Hac Vice***

Attorneys for Defendants
PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital Advisors, LLC) and SANKATY ADVISORS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. Case No. 2:11-cv-01580-JCM-RJJ<br><br>**[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY** |

**[PROPOSED] ORDER**  1.
Firmwide:115580506.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Because Plaintiff and Defendants Pipewrench II, G-2 Capital Advisors, LLC, and Sankaty Advisors, LLC are engaged in ongoing settlement negotiations, it is hereby ordered that all case deadlines will continue to be held in abeyance, including all discovery, and that the parties will submit a joint status report on or before November 30, 2012 regarding the status of settlement negotiations.

**IT IS SO ORDERED.**

Dated this 15th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER        2.
Firmwide:115580506.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300