UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. Case No. 2:11-cv-01580-MMD<br><br>**ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND STAY DISCOVERY** |

Because Plaintiff and Defendants Pipewrench II, G-2 Capital Advisors, LLC, and Sankaty Advisors, LLC have reached agreement on terms of settlement, it is hereby ordered that all case deadlines will continue to be held in abeyance, including all discovery, and that the parties will file either a motion for settlement approval, or an updated joint status report, on or before Thursday, January 31, 2013.

**IT IS SO ORDERED.**

Dated this 2nd day of January 2013.

_____
UNITED STATES DISTRICT JUDGE

2.