# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-01580-MMD-NJK<br><br>**ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND SETTING DEADLINE TO FILE MOTION FOR CLASS SETTLEMENT APPROVAL PURSUANT TO FRCP 23** |

/ / /

/ / /

/ / /

{00629173.DOCX}　　　　　1

**[PROPOSED] ORDER**

1   Based on the fully executed settlement agreement between Plaintiff, the defendants in the
2   related Bankruptcy Court Adversary Proceeding (Interstate Acquisitions, LLC and Interstate Plumbing
3   & Air Conditioning, LLC), and the Defendants in this action to which the automatic bankruptcy stay
4   does not apply (Pipewrench II, G-2 Capital Advisors, LLC, and Sankaty Advisors, LLC), it is hereby
5   ordered that all case deadlines will continue to be held in abeyance, including all discovery, and that
6   the parties shall file a motion for settlement approval, and/or other appropriate papers seeking
7   necessary settlement approvals, on or before Friday, March 1, 2013.

**IT IS SO ORDERED.**

DATED THIS 4th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE