ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811

DANIEL L. THIEME, ESQ., Bar # 12855
*Pro Hac Vice*
RACHELLE L. WILLS, ESQ., Bar # 34237
*Pro Hac Vice*
LITTLER MENDELSON, P.C.
600 University Street, Suite 3200
Seattle, WA  98101-3122
Telephone:     206.623.3300
Fax No.:        206.447.6965

Attorneys for Defendants
PIPEWRENCH II, INC., G2 PARTNERS, LLC (f/k/a G2 Capital Advisors, LLC), and SANKATY ADVISORS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, business entity form unknown; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive<br><br>Defendants. | Case No.  2:11-CV-1580 MMD-RJJ<br><br>**JOINT STATUS REPORT** |

The parties file this Joint Status Report, as previously directed by the Court.

As the parties previously advised the Court, the parties have finalized and fully

**JOINT STATUS REPORT**                   1.
Firmwide:118820956.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1  executed a settlement agreement that, subject to court approval, resolves both (a) the issues in this
2  case and (b) the issues in Plaintiff's Adversary Action in the United States Bankruptcy Court,
3  District of Nevada, against the Debtor Defendants Interstate Plumbing & Air Conditioning, LLC and
4  Interstate Acquisitions, LLC.

5  The parties are working cooperatively to prepare appropriate motion papers to obtain
6  approval of the settlement pursuant to FRCP 23 and the bankruptcy court rules. As part of that
7  process, Plaintiff on February 5, 2013, lodged with the United States Bankruptcy Court, District of
8  Nevada, her Unopposed Motion for Withdrawal of the Reference. That Motion was transferred to
9  this Court for decision on February 28th, 2013. The Motion seeks withdrawal of the reference from
10 the bankruptcy court of the issues related to the court approval of this settlement, so that all aspects
11 of the settlement may be reviewed at one time by this Court.

12 Assuming this Court approves the withdrawal of the bankruptcy reference, the parties
13 intend to file appropriate settlement approval motions with this Court promptly thereafter.

14 The parties therefore request the Court enter the attached Proposed Order, to continue
15 to hold all deadlines in abeyance and order the parties to file an updated Status Report with the Court
16 on or before April 5, 2013.

17 Dated: March 6, 2013                                         Dated: March 6, 2013

19 *s/James A. Mangione*                                        *s/Daniel L. Thieme*
   JAMES A. MANGIONE, ESQ.                                      DANIEL L. THIEME, ESQ.
20 *Pro Hac Vice*                                               *Pro Hac Vice*
   WINGERT GREBING BRUBAKER &                                   LITTLER MENDELSON, P.C.
21 GOODWIN LLP
                                                                ROGER L. GRANDGENETT II, ESQ.
22 *s/Jay Kenyon*
   JAY KENYON, ESQ.                                             RACHELLE L. WILLS, ESQ.
23 YAN KENYON                                                   *Pro Hac Vice*

24                                                              Attorneys for Defendants
   Attorneys for Plaintiff                                      PIPEWRENCH II, INC., G-2 PARTNERS, LLC
25 EVE BORTON                                                   (f/k/a G2 Capital Advisors, LLC) and SANKATY
                                                                ADVISORS, LLC

28
**JOINT STATUS REPORT**                 2.
Firmwide:118820956.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101.3122. On March 6, 2013, I served the within document:

**JOINT STATUS REPORT**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| **Jay A. Kenyon, NV #6376**<br>Yan Kenyon<br>7881 West Charleston<br>Suite 165<br>Las Vegas, NV 89117<br>Phone:     702.888.0000<br>Fax:         702.888.0011<br><br>**Attorneys for Plaintiff** | **Stephen C. Grebing**<br>sgrebing@wingertlaw.com<br>James A. Mangione, *Pro Hac Vice*<br>jmangione@wingertlaw.com<br>Wingert Grebing Brubaker & Juskie LLP<br>One America Plaza<br>600 West Broadway, Suite 1200<br>San Diego, CA  92101<br>Phone:     619.232.8151<br>Fax:         619.232.4665<br>**Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2013, at Seattle, Washington.

*s/Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
LITTLER MENDELSON, P.C.

JOINT STATUS REPORT      3.
Firmwide:118820956.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  DANIEL L. THIEME, ESQ., WSBA Bar # 12855
   RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
6  LITTLER MENDELSON, P.C.
   One Union Square
7  600 University St., Suite 3200
   Seattle, WA 98101-3122
8  Telephone:    206.623.3300
   Fax No.       206.447.6965
9  ***Admitted Pro Hac Vice***

10 Attorneys for Defendants
   PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital
11 Advisors, LLC) and SANKATY ADVISORS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. Case No. 2:11-cv-01580-JCM-RJJ<br><br>**ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND TO FILE UPDATED STATUS REPORT ON APRIL 5, 2013** |

**[PROPOSED] ORDER**                                  1.
Firmwide:117188936.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

It is hereby ordered that all case deadlines will continue to be held in abeyance and the parties will file an updated Status Report with the Court on or before April 5, 2013.

**IT IS SO ORDERED.**

Dated this  6th  day of  March , 2013.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**[PROPOSED] ORDER**     2.
Firmwide:117188936.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101.3122. On March 6, 2013, I served the within document:

**[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND TO FILE UPDATED STATUS REPORT ON APRIL 5, 2013**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| **Jay A. Kenyon, NV #6376**<br>Yan Kenyon<br>7881 West Charleston<br>Suite 165<br>Las Vegas, NV 89117<br>Phone: 702.888.0000<br>Fax: 702.888.0011<br><br>**Attorneys for Plaintiff** | **Stephen C. Grebing**<br>sgrebing@wingertlaw.com<br>**James A. Mangione,** *Pro Hac Vice*<br>jmangione@wingertlaw.com<br>**Wingert Grebing Brubaker & Juskie LLP**<br>600 West Broadway, 7th Floor<br>San Diego, CA 92101<br>Phone: 619.232.8151<br>Fax: 619.232.4665<br><br>**Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2013, at Seattle, Washington.

*s/Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
LITTLER MENDELSON, P.C.

**[PROPOSED] ORDER**     3.
Firmwide:117188936.1 062858.1007

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300