STEPHEN C. GREBING, NV State Bar No.
sgrebing@wingertlaw.com
JAMES A. MANGIONE, *Pro Hac Vice*
jmangione@wingertlaw.com
WINGERT GREBING BRUBAKER & JUSKIE LLP
One America Plaza, Suite 1200
600 West Broadway
San Diego, CA 92101
(619) 232-8151; Fax (619) 232-4665

JAY KENYON, ESQ., 6376 NV
7881 W. Charleston Blvd. Suite 165
Las Vegas, NV 89117
(702) 888-0000; Fax (702) 888-0011

Attorneys for Plaintiffs
EVE BORTON, Individually and on
Behalf of all Others Similarly Situated

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 2:11-cv-01580-MMD-NJK <br><br> ORDER RE JOINT STATUS REPORT |

///

///

///

{00636713.DOCX}  1

1     It is hereby ordered that all case deadlines will continue to be held in abeyance and the parties will file an updated Status Report with the Court on or before May 5, 2013.

DATED: April 8, 2013

By: _____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE