1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  DANIEL L. THIEME, ESQ., WSBA Bar # 12855
   RACHELLE L. WILLS, ESQ., WSBA Bar # 34237
6  LITTLER MENDELSON, P.C.
   One Union Square
7  600 University St., Suite 3200
   Seattle, WA 98101-3122
8  Telephone:    206.623.3300
   Fax No.       206.447.6965
9  *Admitted Pro Hac Vice*

10 Attorneys for Defendants
   PIPEWRENCH II, INC., G-2 PARTNERS, LLC (f/k/a G2 Capital
11 Advisors, LLC) and SANKATY ADVISORS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:11-cv-01580-APG-NJK<br><br>ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND TO FILE UPDATED STATUS REPORT ON JUNE 7, 2013 |

1.

Firmwide:120122476.1 062858.1007

LITTLER MENDELSON, P.C.
Attorneys At Law
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101-3122
206.623.3300

1    It is hereby ordered that all case deadlines will continue to be held in abeyance and the
2    parties will file an updated Status Report with the Court on or before June 7, 2013.

4    **IT IS SO ORDERED.**
5    Dated this ___ day of _____, 2013.

7    _____
     THE HONORABLE ANDREW P. GORDON
8    UNITED STATES DISTRICT COURT JUDGE

2.

Firmwide:120122476.1 062858.1007

LITTLER MENDELSON, P.C.
Attorneys At Law
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101 3122
206.623.3300

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101.3122. On May 7, 2013, I served the within document:

**[PROPOSED] ORDER TO CONTINUE TO HOLD CASE DEADLINES IN ABEYANCE AND TO FILE UPDATED STATUS REPORT ON JUNE 7, 2013**

[X] By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Jay A. Kenyon, NV #6376<br>Yan Kenyon<br>7881 West Charleston<br>Suite 165<br>Las Vegas, NV 89117<br>Phone: 702.888.0000<br>Fax: 702.888.0011<br><br>**Attorneys for Plaintiff** | Stephen C. Grebing<br>sgrebing@wingertlaw.com<br>James A. Mangione, *Pro Hac Vice*<br>jmangione@wingertlaw.com<br>Wingert Grebing Brubaker & Juskie LLP<br>600 West Broadway, 7th Floor<br>San Diego, CA 92101<br>Phone: 619.232.8151<br>Fax: 619.232.4665<br><br>**Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2013, at Seattle, Washington.

*s/Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
LITTLER MENDELSON, P.C.

LITTLER MENDELSON, P.C.
Attorneys At Law
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206 623 3300

3.

Firmwide:120122476.1 062858.1007