WINGERT GREBING BRUBAKER & JUSKIE LLP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVE BORTON, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE ACQUISITIONS, LLC, a Delaware limited liability company; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; PIPEWRENCH II, INC., a Delaware Corporation; G-2 CAPITAL ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a Delaware limited liability company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-01580-MMD-NJK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS'FEES & COSTS<br><br>Judge:   Hon. Miranda M. Du |

The Court, having reviewed Plaintiffs Eve Borton's ("Plaintiff") Motion for Attorneys' Fees and Litigation Costs, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that Plaintiff's' motion is GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.   The Court, for purposes of this Order, adopts the terms and definitions set forth in the Settlement Agreement (Dkt. no 62, Exhibit A).

2.   The Court finds that the reasonable lodestar incurred by Class Counsel Wingert Grebing Brubaker & Juskie, LLP based on their current hourly rate is $139,023.00.  The Court finds that this amount is reasonable based upon the amount of work required in this case.

3. The Court also finds that Class Counsel has incurred $12,194.78 in reasonable costs and expenses in prosecuting this litigation and approves payment to Class Counsel. These costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and necessary given the complex nature of this case.

4. The Court finds because the total fees and costs incurred by Class Counsel exceed the cap of $150,000.00 provided by the Settlement Agreement, the total attorneys' fees and costs of $150,000.00 shall be paid by Defendants in accordance with the terms of the Settlement Agreement.

**IT IS SO ORDERED**

DATED: November 12, 2013

By: /s/ _____
Hon. Miranda M. Du