1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
2  Christine A. Roberts, NV SBN 6472
   Elizabeth E. Stephens, NV SBN 5788
3  228 South Fourth Street, First Floor
4  Las Vegas, NV  89101
   Telephone:  (702) 382-6440
5  Facsimile:  (702) 384-9102

6  Attorneys for William A. Leonard, Jr., Chapter 7 Trustee of the Bankruptcy Estates of Interstate
   Acquisitions, LLC and Interstate Plumbing & Air Conditioning, LLC
7

8                        **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  EVE BORTON, Individually and on Behalf of all Others Similarly Situated, | Case No.:  2:11-cv-01580-MMD-NJK |
| 11 | |
| 12                                       Plaintiff(s), | |
| 13  vs. | |
| 14  INTERSTATE ACQUISITIONS, LLC, A Delaware limited liability company; | **ORDER GRANTING BANKRUPTCY TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT UNDER BANKRUPTCY CODE** |
| 15  INTERSTATE PLUMBING & AIR CONDITIONING, LLC,  a Nevada limited | |
| 16  liability company; PIPEWRENCH II, INC., a Delaware corporation; G-2 CAPITAL | |
| 17  ADVISORS, LLC, a Delaware limited liability company; SANKATY ADVISORS, LLC, a | |
| 18  Delaware limited liability company; and DOES | |
| 19  1-100, inclusive, | Hearing Date:  November 4, 2013 Hearing Time:  10:00 a.m. |
| 20 | Judge:  Miranda M. Du |
| 21                                       Defendant(s). | |

22

23      The Bankruptcy Trustee's Motion for Approval of Settlement Under Bankruptcy Code (the

24  "Motion") having come before this Court; the Court having reviewed the pleadings, the Motion

25  having been properly noticed, and the Court having made its findings of fact and conclusions of

26  law upon the record, which are incorporated herein, and for good cause shown, it is hereby

27  / / /

28  / / /

357337-v1                                    1
                Order Approving Settlement Under Bankruptcy Code

**ORDERED** that the Motion is GRANTED. The Settlement Agreement filed herein under Docket #60.3 is hereby approved pursuant to the Bankruptcy Code, and the Trustee, Interstate Acquisitions, LLC, and Interstate Plumbing & Air Conditioning, LLC, are hereby authorized to discharge their obligations thereunder.

IT IS SO ORDERED.

Dated this __12th__ day of __November__, 2013.

_____
U.S. District Court Judge

Submitted by:

 /s/ Elizabeth E. Stephens
Christine A. Roberts, NV SBN 6472
Elizabeth E. Stephens, NV SBN 5788
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
228 South Fourth Street, First Floor
Las Vegas, NV  89101
Attorneys for William A. Leonard, Jr., Chapter 7 Trustee, of the Bankruptcy Estates of Interstate Acquisitions, LLC and Interstate Plumbing & Air Conditioning, LLC